# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Operating Engineers Local #49 Health and
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers
and Participating Employers, et al.,

        Plaintiffs,                         Civil No. 08-5863 (RHK/RLE)

vs.

                                             **ORDER**

Polyphase Electric Company,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 31, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge